IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                              )<br>                 Plaintiff,               )<br>                                                              )<br>       vs.                                           )<br>                                                              )<br>MAGSUD DALERJONI and        )<br>FAHRIDDIN ZABAROV,              )<br>                                                              )<br>                 Defendants.           ) | Case No. 8:07CR214<br><br><br>**SCHEDULING ORDER** |

**IT IS ORDERED** that the following is set for hearing on **Wednesday, June 27, 2007 at 1:45 P.M.** before Magistrate Judge F. A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18 Plaza, Omaha, Nebraska:

- Initial Appearance/Arraignment on Indictment

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 26th day of June 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge